IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CIVIL NO.   8:20-cv-02071-DKC |
| Real Property Located In Potomac, Maryland, Commonly Known As 9908 Bentcross Drive, Potomac, Md 20854 And All Appurtenances, Improvements, And Attachments Located Thereon    **Defendant.** | * |

*******

## WARRANT FOR ARREST *IN REM*

TO:   THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on _____7/16/2020_____, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of Maryland against the above-named Defendant Property, alleging that said Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or

control the Defendant Property is presently found, and to use whatever means may be appropriate to protect and maintain the Defendant Property in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Date: __7/16/2020_____

Clerk of the Court<br>
United States District Court<br><br>
By: ____/s/_____<br>
J. Fletcher, Deputy Clerk
