IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. DKC-20-2071 |
| | * | |
| **REAL PROPERTY LOCATED IN POTOMAC, MARYLAND, COMMONLY KNOWN AS 9908 BENTCROSS DRIVE, POTOMAC, MD 20854 AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ALL RENTAL AND OTHER INCOME GENERATED BY THE PROPERTY, OR ANY PROPERTY TRACEABLE THERETO,** | * * * * * * * * * * | |
| Defendant *In Rem*. | * | |
| | * | |
| | ******* | |

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Upon consideration of the United States' Motion for Entry of a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), and a Final Order of Forfeiture against the above-named defendant property, located in Potomac, Maryland, commonly known as 9908 Bentcross Drive, Potomac, Maryland 20854, and all appurtenances, improvements, and attachments located thereon, the legal description of which is:

> The following described land and premises, with the improvements, easements and appurtenances thereunto belonging, situate, lying and being in the State of Maryland, County of Montgomery namely:
>
> Lot Numbered TWELVE (12) in Block Numbered THREE (3) in the subdivision known as "FALCONHURST" as per plat thereof recorded among the Land Records of Montgomery County, Maryland in Plat Book 139 at Plat Number 15998.

> Being the same property described in Liber 15795 at Folio 546, among said Land Records.

and all rental or other income generated by the property, or any property traceable thereto (collectively, the "Defendant Property"), the Court concludes that it should grant the United States' motion and enter final judgment.

Accordingly, it is hereby ORDERED, ADJUDICATED and DECREED that:

1. This Court has jurisdiction over the Defendant Property in this action;

2. The United States' Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED;

3. The United States having filed a Verified Amended Complaint for Forfeiture *In Rem* that complies in all respects with the pleading requirements in Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and having complied further with the notice requirements in Supplemental Rule G(4), by provided notice to the owner of record for the Defendant Property—the Trustees of the MYJ Family Trust, an unrecorded Trust Agreement dated September 1, 2009, as amended, as sole owner, also known as the MYJ Family Revocable Trust (the "Trustees of the MYJ Family Trust")—and no person having filed a claim pursuant to Supplemental Rule G(5) within the time allowed, all right, title and interest of all persons in the Defendant Property, including the Trustees of the MYJ Family Trust, is hereby fully and finally forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C).  The United States shall have judgment as to the Defendant Property and no other person or entity shall have any right, title or interest in the Defendant Property; and

4. The United States shall dispose of the forfeited property in accordance with the law.

      This case is hereby CLOSED.  It is so ORDERED.

Date: _____             _____
                                                                               Hon. Deborah K. Chasanow
                                                                               United States District Judge