```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA            :

    v.                                        : Civil Action No. DKC 20-2071

REAL PROPERTY LOCATED IN POTOMAC,
MARYLAND COMMONLY KNOWN AS 9908     :
BENTCROSS DRIVE, POTOMAC, MD
20854 AND ALL APPURTENANCES,        :
IMPROVEMENTS, AND ATTACHMENTS
LOCATED THEREON, AND ANY PROPERTY:
TRACEABLE THERETO

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of May, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for default judgment and a final order of forfeiture filed by the United States, (ECF No. 15), BE, and the same hereby IS, GRANTED;

2. Defendant is real property located in Potomac, Maryland, commonly known as 9908 Bentcross Drive, Potomac, MD 20854 and all appurtenances, improvements, and attachments located thereon, and all rental and other income generated by the property, or any property traceable thereto (the "Defendant Property");

3. The legal description of Defendant Property is:

> The following described land and premises, with the improvements, easements and appurtenances thereunto belonging, situate, lying and being in the State of Maryland, County of Montgomery namely:
>
> Lot Number TWELVE (12) in Block Numbered THREE (3) in the subdivision known as "FALCONHURST" as per plat thereof recorded among the Land Records of Montgomery County, Maryland in Plat Book 139 at Plat Number 15998.
>
> Being the same property described in Liber 15795 at Folio 546, among said Land Records.

4. Judgment BE, and the same hereby IS, ENTERED in favor of the United States, and against Defendant Property and all persons claiming an interest in the Defendant Property;

5. All right, title and interest of all persons in the Defendant Property is hereby fully and finally FORFEITED to the United States;

6. The United States shall dispose of the forfeited property in accordance with the law; and

7. The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel of record and CLOSE this case.

                                                    /s/
                                 DEBORAH K. CHASANOW
                                 United States District Judge